**Christopher H. GRAHAM, Appellee**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.**

Supreme Court of Pennsylvania.

March 6, 2003.

---

**12.** Appellant filed his third PCRA petition more than twelve years after this Court affirmed his Judgment of Sentence.

**13.** *See* David Baldus, George Woodworth, et al., *Racial Discrimination and the Death Penalty in the Post–Furman Era: An Empirical*

*and Legal Overview, with Recent Findings from Philadelphia,* 83 Cornell L.Rev. 1638 (1998). Appellant cites the Baldus–Woodworth Study in support of the argument that his conviction was the product of racial discrimination.

## ORDER

PER CURIAM.

**AND NOW,** this 6th day of March, 2003, the order of the Court of Common Pleas for the 59th Judicial District, Elk County Branch, is hereby **REVERSED.** *Wroblewski v. Com., Dep't of Transportation,* 570 Pa. 249, 809 A.2d 247 (2002). The matter is hereby **REMANDED** for further proceedings. Jurisdiction relinquished.